**OLD COLONY TRUST COMPANY et al., Trustees, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 2928.

Circuit Court of Appeals, First Circuit.

May 25, 1934.

PER CURIAM.

Upon motion of petitioners for review, assented to, and upon stipulation, the decision of the Board of Tax Appeals is vacated, and the case is remanded to that Board with directions to enter a final order in accordance with said stipulation.

**Jose Calvino OZORES v. Herman L. COCHRAN, Trustee.**

No. 2921.

Circuit Court of Appeals, First Circuit.

May 11, 1934.

PER CURIAM.

Upon motions, the appeal herein is dismissed, with costs to the appellee.

**Horace G. PENDER, as Trustee of Casper Charles Trepel, Bankrupt, Appellant, v. FIRST NATIONAL BANK OF FARMINGDALE, Respondent.**

No. 391.

Circuit Court of Appeals, Second Circuit.

May 7, 1934.

Leon Leighton, of New York City, for appellant.

Underhill & Foster, of Brooklyn, N. Y., (James K. Foster, of Brooklyn, N. Y., of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree (4 F. Supp. 79) affirmed.

**Pardon C. RICKEY, as Receiver of the First National Bank of Mechanicville, N. Y., Plaintiff-Appellant, v. NEW YORK STATE NATIONAL BANK, Defendant-Appellee.**

No. 387.

Circuit Court of Appeals, Second Circuit.

April 30, 1934.

William T. Moore, of Mechanicville, N. Y., for appellant.

Whalen, McNamee, Creble & Nichols, of Albany, N. Y., for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment (—— F. Supp. ——) affirmed.